**EXHIBIT A**[1]

| Name | Address | Nature and Amount of Disclosable Economic Interest |
|---|---|---|
| AIG Asset Management (U.S.), LLC | 80 Pine Street New York, NY 10005 | $5,040,000 of First Lien Notes due 2023 $45,320,000 of 6.75% Senior Notes due 2022 |
| Avenue Energy Opportunities Fund, L.P., Avenue Energy Opportunities Fund II, L.P., Avenue PPF Opportunities Fund, L.P. | 399 Park Avenue, 6th Floor New York, NY 10022 | $76,090,000 of First Lien Notes due 2023 $15,169,000 of 6.75% Senior Notes due 2022 $106,765,000 of 9.25% Senior Notes due 2023 |
| Brookfield Asset Management Private Institutional Capital Advisor (Credit), LLC | 250 Vesey Street, 15th Floor New York, NY 10281 | $16,000,000 of 6.75% Senior Notes due 2022 $3,000,000 of 9.25% Senior Notes due 2023 |
| Contrarian Capital Management, L.L.C. | 411 West Putnam Avenue, Suite 425 Greenwich, CT 06830 | $5,000,000 of First Lien Notes due 2023 $99,859,000 of 6.75% Senior Notes due 2022 |
| Crescent Capital Group, L.P. | 11100 Santa Monica Boulevard, Suite 2000 Los Angeles, CA 90025 | $11,550,000 of 6.75% Senior Notes due 2022 |
| Deutsche Bank Securities Inc. | 60 Wall Street, 3rd Floor New York, NY 10005 | $6,098,000 of First Lien Notes due 2023 $28,481,000 of 6.75% Senior Notes due 2022 |
| Glendon Capital Management L.P. | 1620 26th Street, Suite 2000N Santa Monica, CA 90404 | $28,250,000 of First Lien Notes due 2023 $26,500,000 of 6.75% Senior Notes due 2022 $3,000,000 of 9.25% Senior Notes due 2023 25,000 Preferred Shares |
| Jefferies LLC | 520 Madison Avenue New York, NY 10022 | $221,000 of 6.75% Senior Notes due 2022 |

[1] To the best of Davis Polk's and Haynes and Boone's knowledge, the information included herein is accurate as of the date hereof. The amounts set forth herein include only outstanding principal and do not include accrued and unpaid interest or other amounts that may be owing under the applicable debt documents. In addition, the amounts set forth herein do not include any disclosable economic interests that are subject to pending trades or other transfers that have not settled or otherwise been closed as of the date hereof.

| Name | Address | Nature and Amount of Disclosable Economic Interest |
|---|---|---|
| MAN GLG Credit Multi-Strategy Master Fund, GLG Partners LP, GLG Partners Limited | 452 Fifth Avenue, 27th floor New York, NY 10018 | $3,000,000 of 6.75% Senior Notes due 2022 |
| Nokota Capital Master Fund, L.P. | 1330 Avenue of the Americas, 26th Floor New York, NY 10019 | $22,500,000 of 6.75% Senior Notes due 2022 |
| Nomura Corporate Research and Asset Management, Inc. | 309 West 49th Street New York, NY 10019 | $14,875,000 of First Lien Notes due 2023 $15,000,000 of 6.75% Senior Notes due 2022 $8,525,000 of 9.25% Senior Notes due 2023 |
| Union Square Park Partners. LP, Union Square Park Capital Management, LLC | 850 3rd Ave New York, NY 10022 | $2,500,000 of 6.75% Senior Notes due 2022 $1,000,000 of 9.25% Senior Notes due 2023 |
| Whitebox Asymmetric Partners, L.P., Whitebox Caja Blanca Fund, LP, Whitebox GT Fund, LP, Whitebox Multi-Strategy Partners, L.P., Pandora Select Partners, L.P. | 3033 Excelsior Boulevard, Suite 300 Minneapolis, MN 55416 | $31,000,000 of First Lien Notes due 2023 $82,377,000 of 6.75% Senior Notes due 2022 $6,000,000 of 9.25% Senior Notes due 2023 |